DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JEFFREY SCOTT JEFFERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 09-363 JAM |
|                                  ) | |
|             Plaintiff,           ) | STIPULATION AND ORDER |
|                                  ) | |
|      v.                          ) | Date:  September 22, 2009 |
|                                  ) | Time:  9:30 a.m. |
| JEFFREY SCOTT JEFFERSON,         ) | Judge: Hon. John A. Mendez |
|                                  ) | |
|             Defendant.           ) | |
| _____  ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S. McConkie, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Jefferson, that the Court should vacate the status conference scheduled for September 22, 2009, at 9:30 a.m., and reset it for November 17, 2009, at 9:30 a.m.

    Counsel and Mr. Jefferson require the additional time to review discovery, confer, and prepare to defend this case.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 17, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

Act.  The parties stipulate that the ends of justice served by granting Mr. Jefferson's request for a continuance outweigh the best interest of the public and Mr. Jefferson in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: September 21, 2009          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: September 21, 2009          LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ M.Petrik for Daniel S. McConkie
                                   _____
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED: 9/21/2009_____    /s/ John A. Mendez_____  _____
                                   HON. JOHN A. MENDEZ
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]           2                           09-363 JAM