```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,     )
10                                )    CR. No. S-09-363 JAM
              Plaintiff,          )
11                                )
          v.                      )
12                                )    STIPULATION AND ORDER
    JEFFREY SCOTT JEFFERSON,      )    CONTINUING MOTION SCHEDULE
13                                )    AND HEARING DATES
              Defendant.          )
14  _____)
```

15      It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney Benjamin B.
17 Wagner and Assistant United States Attorney Daniel S. McConkie, and
18 Defendant Jeffrey Scott Jefferson, through his attorney Michael
19 Petrik, as follows:
20      It is agreed that the current hearing on the suppression
21 motion, set for February 2, 2010, as well as the associated motions
22 schedule, be vacated. It is agreed that the new date on the
23 suppression hearing will be on February 16, 2010 at 9:30 a.m. The
24 defense has already filed a motion to suppress. The government
25 response shall be due February 2, 2010. If the defense chooses to
26 reply, that reply shall be filed by February 9, 2010.
27      The continuance of the motion hearing and schedule is necessary
28 because the government is waiting on receiving certain relevant

1

documents from the police department; after the motions schedule was set, the parties were in productive plea negotiations for weeks and it appeared reasonably possible that the case would resolve; furthermore, because the defense motion raises numerous issues, the government needs extra time to adequately respond and appropriately brief those issues; defense counsel continues to investigate and prepare for trial and needs additional time to review the discovery and discuss issues with the defendant.

Accordingly, the parties jointly request a new hearing date of February 16, 2010 at 9:30 a.m., and that the time period from today's date through February 16, 2010 be be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and Local Codes E and T4 for the motion, defense preparation, continuity of counsel and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 19, 2010       /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

Respectfully submitted,

Dated: January 19, 2010       /s/ Michael Petrik
                              MICHAEL PETRIK, ESQ.
                              Assistant Federal Defender
                              Attorney for Defendant
                              JEFFREY SCOTT JEFFERSON
                              By DSM per email authorization

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 19, 2010

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge