1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-09-363 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| JEFFREY SCOTT JEFFERSON, | ) | CONTINUING MOTION SCHEDULE |
| | ) | AND HEARING DATES |
| Defendant. | ) | |

   It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Daniel S. McConkie, and Defendant Jeffrey Scott Jefferson, through his attorney Michael Petrik, as follows:

   It is agreed that the current hearing on the suppression motion, set for February 2, 2010, as well as the associated motions schedule, be vacated. It is agreed that the new date on the suppression hearing will be on March 9, 2010 at 9:30 a.m. The defense has already filed a motion to suppress. The government response shall be due February 16, 2010. If the defense chooses to reply, that reply shall be filed by March 2, 2010.

   The continuance of the motion hearing and schedule is necessary to allow the government to file a thorough and comprehensive

1  response to the defense motion. The government has received the key
2  documents from the City of Sacramento, including the inventory
3  search policy and the contract between the City and Cozz's Tow and
4  Transport. The government response will include the declarations of
5  the City of Sacramento's tow hearing officer, the storage manager of
6  Cozz's Tow and Transport, and Officer Brandon Mullock of the
7  Sacramento Police Department. These witnesses are in the final
8  stages of preparing declarations. Additionally, the government needs
9  more time to brief the numerous issues raised in the defense motion,
10 and defense counsel continues to investigate and prepare for trial
11 and needs additional time to review the discovery and discuss issues
12 with the defendant.
13     Accordingly, the parties jointly request a new hearing date of
14 March 9, 2010 at 9:30 a.m., and that the time period from today's
15 date through March 9, 2010 be excluded under the Speedy Trial Act
16 pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and 3161(h)(1)(D) and
17 Local Codes E and T4 for the motion, defense preparation, continuity
18 of counsel and based on a finding by the Court that the ends of
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: February 2, 2010              /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                                    Respectfully submitted,

Dated: February 2, 2010              /s/ Michael Petrik
                                    MICHAEL PETRIK, ESQ.
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    By DSM per personal authorization
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: February 2, 2010

```
                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge
```