```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JEFFREY SCOTT JEFFERSON
 7
```

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,     ) No. 09-363 JAM
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER
                                  )
12       v.                       ) Date:  April 20, 2010
                                  ) Time:  9:30 a.m.
13  JEFFREY SCOTT JEFFERSON,      ) Judge: Hon. John A. Mendez
                                  )
14              Defendant.        )
    _____ )
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Daniel S.

17 McConkie, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Jefferson, that the Court should vacate the status

19 conference scheduled for April 20, 2010, at 9:30 a.m., and reset this

20 case for change of plea on May 11, 2010, at 9:30 a.m.

21      Counsel and Mr. Jefferson require additional time to meet and

22 confer about a proposed plea agreement.

23      It is further stipulated by the parties that the Court should

24 exclude the period from the date of this order through May 11, 2010,

25 when it computes the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.  The

27

28 STIPULATION AND [PROPOSED ORDER]         1                      09-363 JAM

parties stipulate that the ends of justice served by granting Mr. Jefferson's request for a continuance outweigh the best interest of the public and Mr. Jefferson in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: April 19, 2010                     Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
                                          Attorneys for Defendant

Dated: April 19, 2010                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for Daniel S. McConkie
                                          _____
                                          DANIEL S. McCONKIE
                                          Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the change of plea hearing on May 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED:__April 19, 2010_____          _____
                                     /s/ John A. Mendez
                                     _____
                                     HON. JOHN A. MENDEZ
                                     United States District Judge

STIPULATION AND [PROPOSED ORDER]          2                        09-363 JAM