**FILED**
August 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                  )         Case No. 2:09-cr-363 JAM
          Plaintiff,          )
v.                                         )         ORDER FOR RELEASE
                                                  )         OF PERSON IN CUSTODY
JEFFREY SCOTT JEFFERSON,   )
                                                 )
          Defendant.         )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jeffrey Scott Jefferson</u>; Case <u>2:09-cr-363 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured bond in the amount of

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>SPECIAL CONDITIONS:</u> Mr. Jefferson is to be released from the Sacramento County Jail to family members at 9:30 a.m. on Friday, August 27, 2010; and is to be returned to the Sacramento County Jail, no later than 2:30 p.m. on August 27, 2010, for the sole purpose of attending his father's funeral.

Issued at <u>Sacramento, CA</u> on <u>8/26/2010</u> at <u>3:40 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge