```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
7
8             UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10 UNITED STATES OF AMERICA,    ) No. 09-363 JAM
11         Plaintiff,           ) [PROPOSED] RELEASE ORDER
                                )
12    v.                        ) Date: January 25, 2011
                                ) Time: 9:30 a.m.
13 JEFFREY SCOTT JEFFERSON,     ) Judge: Hon. John A. Mendez
                                )
14         Defendant.           )
                                )
15 _____  )
```

16      On January 25, 2011, this matter came before the Court for
17 sentencing. The Court imposed a sentence of time served.
18      Counsel for Mr. Jefferson has consulted with counsel for the
19 United States. Counsel agree that the Court should order Mr.
20 Jefferson's release.
21      Good cause appearing therefor,
22      **IT IS ORDERED** that Mr. Jefferson be released from federal custody
23 immediately.
24
25 Dated: 1-25-2011
26                                JOHN A. MENDEZ
                                  United States District Judge
27
28
   [PROPOSED] RELEASE ORDER           1                      09-363 JAM